IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
OCT 6 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

RITA ACOSTA, §
    Plaintiff, §
§
v. § Civil Action No.
§ DR-15-CV-062–AM/CW
§
SAFECO INSURANCE COMPANY OF §
INDIANA, §
    Defendant. §

## ORDER

On September 10, 2015, the parties filed a joint stipulation of dismissal that complies with the requirements of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Docket Entry No. 2.) The Court therefore **ORDERS** that all of the claims in this lawsuit be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. The Court further **ORDERS** that a clerk's judgment shall immediately issue in this case terminating the instant cause of action.

SIGNED this 6th day of October, 2015.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE